**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Frozen Wheels, LLC.,
B"H Frozen Wheels, LLC,

        Debtor,
_____/

Case No.   22-18638-LMI
Chapter 7
(Substantively Consolidated)

Maria M. Yip, Trustee,

        Plaintiff,

v.

Jose Bucay Bissu aka Jose Bucay and Jose
Bucay Bissu Revocable Trust,

        Defendant.
_____/

Adv. Pro. No. 24-01452-LMI

**CERTIFICATE OF SERVICE**

    I, **Curtis Thornton,** certify that the service of the Summons (ECF 2), Complaint (ECF 1) and Order Setting Scheduling Conference and Establishing Procedures and Deadlines (ECF 3) was made on December 13, 2024 by:

<u>  X  </u>    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Jose Bucay Bissu
20740 NE 30th Pl.
Miami, FL 33180-3616

Jose Bucay Bissu as Trustee of The Jose Bucay Bissu Revocable Trust
20740 NE 30th Pl.
Miami, FL 33180-3616

_____    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____    Residence Service: By leaving the process with the following adult at:

_____    Publication: The defendant was served as follows: [Describe briefly]

1

____    State Law: The defendant was served pursuant to the laws of the State of Florida as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing to true and correct.

December 17, 2024                                          /s/ Curtis Thornton
      Date                                                          Signature

Print Name:   Curtis Thornton
Address:      909 N Miami Beach Blvd., Suite 201, N Miami Beach, FL 33162
Phone:        305-653-5555
Email:        cthornton@hlalaw.com

                                  **HOFFMAN, LARIN & AGNETTI, P.A.**
                                  Special Litigation Counsel for Trustee Maria Yip
                                  909 North Miami Beach Boulevard, Suite 201
                                  Miami, Florida 33162
                                  Telephone:   (305) 653-5555
                                  Facsimile:   (305) 940-0090
                                  Email:        mshoffman@hlalaw.com

                                  By:  /s/Michael S. Hoffman_____
                                  **Michael S. Hoffman, Esq.**
                                  Florida Bar No.: 41164